IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SANTIAGO MEJIA ROBLERO, | § | |
| | § | |
| Defendant, | § | No. 344, 2025 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. S2206008785 |
| | § | |
| Appellee. | § | |

Submitted:  October 28, 2025
Decided:    November 20, 2025

## ORDER

(1)    The Court issued a briefing schedule in this appeal on August 12, 2025; the appellant's opening brief was due September 26, 2025.  The appellant did not file an opening brief.  On October 1, 2025, the Chief Deputy Clerk sent a brief delinquency notice to the appellant.  The appellant did not respond to the letter and did not file an opening brief.

(2)    On October 14, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed because the appellant had not filed an opening brief and appendix.  The appellant received the notice on October 17.  The appellant having failed to respond to the notice to show cause within the required ten-day period or to file the opening brief, dismissal of this action is deemed unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice